THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS WILSON, Appellant.— No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ. [See 1 A D 2d 773.]

In the Matter of the Accounting of LEWIS L. CLARKE et al., as Cotrustees under the Will of MARY R. DIAZ-ALBERTINI, Deceased. LEANDER G. DIAZ-ALBERTINI, Appellant; WILLIAM R. DIAZ-ALBERTINI et al., Respondents.— No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ. [See 1 A D 2d 765.]

In the Matter of JOHN KERIGAN et al., Copartners Doing Business under the Name of ST. FRANCIS GROCERY STORE, Petitioners, against STATE LIQUOR AUTHORITY, Respondent.— No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

In the Matter of TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK, Respondent, against GUSSIE KROLL, Respondent, and DAVID GRODSKY, Appellant. No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

AMERICAN SURETY COMPANY OF NEW YORK, Respondent, v. GIULIO MARIANI, Doing Business as G. M. CONSTRUCTION COMPANY, Appellant, and HUGH RILEY, Respondent.— No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

ANNETTE H. SLAFF, Appellant, v. MAURICE M. SLAFF, Respondent.— No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE A. HENRY, Appellant No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

MANOOCHEHR MANOOCHEHRIAN, Respondent, v. ALBERT LOWENFELD, Appellant.— No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.